**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KIWANDA ROBINSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-10327** |
| **JOSEPH LOPINTO, III, ET AL** | **SECTION G (1)** |

## ORDER

Considering the foregoing "Unopposed Motion to Stay Proceedings Pending the Completion of Criminal Investigation,"

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and this matter is stayed and administratively closed.

**IT IS FURTHER ORDERED** that the parties are to notify the Court when the Jefferson Parish District Attorney's Office has the final disposition of the criminal investigation.

New Orleans, Louisiana, this _____9th_____ day of June, 2020.

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**